Form ogafpuf

# United States Bankruptcy Court
## Southern District of Alabama

**In re:**  
Calvin W Knight

Social Security No.:  
xxx–xx–9307

**Debtor(s)**

**Case No.: 19–10005**  
**Chapter: 13**

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 8/5/20, an application was filed for the Claimant(s), Calvin W. Knight, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4,199.62 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address:

35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: 10/7/20

JERRY C. OLDSHUE, JR.  
U.S. BANKRUPTCY JUDGE